# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ARTHUR D. DE CESARE,**

        **Plaintiff,**

-vs-                                        Case No. 6:05-cv-378-Orl-31JGG

**BELLISSARIUS PRODUCTIONS,**
**PARAMOUNT STUDIOS and CBS**
**STUDIO CENTER,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on Application to Proceed *in Forma Pauperis* (Doc. No. 2) filed March 10, 2005.

On April 6, 2005, the United States Magistrate Judge issued a report (Doc. No. 9) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

    1.    That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as a part of this Order.

    2.    That the Application to Proceed in Forma Pauperis is DENIED.

    3.    That the Amended Complaint is DISMISSED without prejudice, as frivolous.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on _____ day of April, 2005.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE